**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**SHALENE D. RIVERA f/k/a**
**SHALENE D. VILLARREAL,**

    **Plaintiff,**

                           **CASE NO. 3:20-cv-00923-E**

**v.**

**COMPATTIA ROCCIA**
**MANAGEMENT GROUP, LLC,**

    **Defendant.**

## Plaintiff's Status Report on Settlement

1. Plaintiff and Defendant reached a settlement and Plaintiff advised the court that the parties anticipated filing dismissal papers within 45 days (Doc. No. 12).

2. On August, 20, 2020 this court issued an order instructing Plaintiff to file appropriate dismissal papers by October 5, 2020, or, if unable to do so, a joint status report (Doc. No .14).

3. Plaintiff is currently unable to file appropriate dismissal papers. Plaintiff provided a draft settlement agreement on August 6, 2020 to Defendant.

4. Since August 6, 2020 Plaintiff has not received the executed settlement agreement. Plaintiff has made numerous attempts to complete the settlement agreement but has been unable.

5. On October 5, 2020 Plaintiff reached out to Defendant with a draft of the settlement status report for comment and did not receive a response.

6. Accordingly, additional time is needed to finalize the settlement and file dismissal papers.

WHEREFORE, Plaintiff respectfully requests the Court to enter an order extending the deadline to file dismissal papers to November 16, 2020, and grant such other relief as the Court deems appropriate.

Dated: October 6, 2020                              Respectfully submitted:

                                                    s/ *Mohammed O. Badwan*
                                                    Mohammed O. Badwan, Esq.
                                                    *Counsel for Plaintiff*
                                                    Sulaiman Law Group, LTD
                                                    2500 S. Highland Ave., Ste. 200
                                                    Lombard, IL 60148
                                                    Phone (630) 575-8180
                                                    mbadwan@sulaimanlaw.com